UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 1 0 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. |
| v. | ) |
| GARY V. NOBLES, | ) |
| Defendant. | ) |

4:16CR00354 AGF/DDN

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about April 19, 2014, in St. Charles County, within the Eastern District of Missouri, the defendant,

**GARY V. NOBLES,**

did knowingly and intentionally distribute heroin, a Schedule I controlled substance, in

1

violation of Title 21, United States Code, Section 841(a) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO   63102
(314) 539-2200